

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Elmo Fortenberry,                    * Original Proceeding

No. 11-21-00009-CR                         * January 22, 2021

                                           * Per Curiam Memorandum Opinion
                                             (Panel consists of: Bailey, C.J.,
                                             Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the proceeding should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the proceeding is dismissed.